## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDNA NORMENT RANSOM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MONDELEZ GLOBAL LLC,<br><br>    Defendant. | CASE NO. 7:24-cv-06216-KMK |

### PLAINTIFF'S NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Edna Norment Ransom voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 2, 2024                                    Respectfully submitted,

                                                          **BURSOR & FISHER, P.A.**

                                                          */s/ Joseph I. Marchese*
                                                          Joseph I. Marchese
                                                          **BURSOR & FISHER, P.A.**
                                                          1330 Avenue of the Americas, 32nd Floor
                                                          New York, NY 10019
                                                          Tel: (646) 837-7150
                                                          Fax: (212) 989-9163
                                                          E-Mail: jmarchese@bursor.com

                                                          *Attorneys for Plaintiff*